**Order filed September 29, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00342-CR

———————

## DARIUS JAHVELL BROWN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1415171**

## ORDER

Appellant's appointed counsel, Danny K. Easterling, filed a brief in which he concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967). On September 1, 2015, we informed counsel that in order to comply with *Anders*, the Court of Criminal Appeals requires counsel notify appellant of his right to access the appellate record and provide him with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). Counsel was requested to provide the court with an

amended transmittal letter notifying appellant of his right to access the appellate record and to provide a form motion for pro se access to the appellate record. An example of a form motion was attached. The court requested counsel to file the amended transmittal letter within 20 days.

As of this date, no response has been filed. Accordingly, we order counsel to provide the court with an amended transmittal letter notifying appellant of his right to access the appellate record and to provide a form motion for pro se access to the appellate record **within 10 days of the date of this order**. If counsel fails to comply with *Kelly*, his brief may be stricken and the appeal abated for appointment of new counsel.

PER CURIAM